UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOUR KASTIRO, ODAY ALSOLTANI, SAID NATSHEH, ALHARETH ALI ALOUDI and REYADH ALMEHAMEDAWY,<br><br>        Plaintiffs,<br><br>   v.<br><br>SERRA MEDICAL TRANSPORTATION, INC., SERRA YELLOW CAB, TALIB SALAMIN, and DOES 1-20,<br><br>        Defendants. | No. 2:14-cv-02784-GEB-EFB<br><br>**ORDER DIRECTING PLAINTIFFS TO PAY FULL FILING FEE** |

Plaintiffs commenced this action on November 26, 2014 without paying the full amount of the required filing fee. If the full amount of the filing is not received within 5 days after the date on which this order is filed, this action shall be treated as unfiled and will be closed.

Dated:  January 7, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1